WILLIAM A. HANKINSON, Respondent, *v.* AMY E. VANTINE, Appellant, Impleaded with WILLIAM B. RIKER et al., Respondents et al.

(Argued April 19, 1897; decided May 4, 1897.)

MOTIONS to amend remittitur as to costs, and also to limit the reversal of the judgment to such reversal as between the plaintiff and the appellant. (See 152 N. Y. 20.)

*John L. Hill* and *James McKeen* for motions.

*Strong & Cadwalader* opposed.

Motion as to costs granted, and remittitur amended so as to make costs abide the final award of costs.

Motion to limit the reversal denied, with ten dollars costs.